# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MADRID,<br><br>                 Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                 Respondent. | CASE NO. 07cv1214 BTM<br>                03cr210 BTM<br><br>**ORDER:**<br><br>**ENTERING JUDGMENT AND DENYING CERTIFICATE OF APPEALABILITY**<br><br>**and**<br><br>**DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* [Doc. #673] AS MOOT** |

      This Court, in a separate order, dismissed Petitioner's motion under 28 U.S.C. § 2255. Judgment is hereby entered dismissing the § 2255 motion. In addition, Petitioner has not shown any basis for relief and has failed to show a colorable claim of violation of his rights. Therefore, a certificate of appealability is **DENIED**.

      Petitioner had also filed a motion to proceed *in forma pauperis* in connection with his § 2255 motion. As no fee is required in order to file a § 2555 motion, Petitioner's motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: July 12, 2007

Hon. Barry Ted Moskowitz
United States District Judge